UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TERISA LYN PICKELL,

    Plaintiff,

Case No. 14-cv-12824
Hon. Matthew F. Leitman

v.

COMMISSIONER OF
SOCIAL SECURITY,

    Defendant.

_____/

**ORDER (1) ADOPTING REPORT AND RECOMMENDATION (ECF #13), (2) GRANTING IN PART PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT (ECF #10), (3) DENYING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT (ECF #12), AND (4) REMANDING PLAINTIFF'S CLAIM FOR BENEFITS FOR FURTHER PROCEEDINGS**

On August 12, 2015, Magistrate Judge Mona K. Majzoub issued a Report and Recommendation ("R&R") recommending that the Court grant in part Plaintiff Terisa Lyn Pickell's Motion for Summary Judgment (ECF #10) and deny the Defendant Commissioner of Social Security's Motion for Summary Judgment (ECF #12). (*See* ECF #13.) The Magistrate Judge further recommended that Plaintiff's claim for disability insurance benefits be remanded to the Commissioner of Social Security pursuant to sentence four of 42 U.S.C. § 405(g). (*See id.* at 1-2, Pg. ID 386-387.) The R&R stated that the parties could object to and seek review of the recommendation within fourteen days. (*See id.* at 16-17, Pg. ID 401-402.)

1

Neither party has objected to the R&R.  Failure to file objections to the R&R waives any further right to appeal.  *See Howard v. Sec'y of Health and Human Servs.,* 932 F.2d 505 (6th Cir. 1991); *Smith v. Detroit Fed'n of Teachers Local 231,* 829 F.2d 1370, 1373 (6th Cir. 1987). Likewise, the failure to object to the Magistrate Judge's R&R releases the Court from its duty to independently review the matter.  *See Thomas v. Arn,* 474 U.S. 140, 149 (1985).  The Court has nevertheless reviewed the R&R and agrees with the findings and conclusions of the Magistrate Judge.

Therefore, **IT IS HEREBY ORDERED** that the Magistrate Judge's August 12, 2015, Report and Recommendation (ECF #13) is **ADOPTED** as the Opinion of this Court. **IT IS FURTHER ORDERED**, for the reasons stated in the R&R, that (1) Plaintiff's Motion for Summary Judgment (ECF #10) is **GRANTED IN PART**, (2) Defendant's Motion for Summary Judgment (ECF #12) is **DENIED**, and (3)Plaintiff's claim for benefits is **REMANDED** for further proceedings consistent with this Order and the Report and Recommendation.

                                                s/Matthew F. Leitman
                                                MATTHEW F. LEITMAN
                                                UNITED STATES DISTRICT JUDGE

Dated:  September 1, 2015

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on September 1, 2015, by electronic means and/or ordinary mail.

s/Holly A. Monda  
Case Manager  
(313) 234-5113